AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 22-7-2005 | |
| NAME OF SERVER (PRINT) KHADIJA Belhouss | TITLE | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
22 July 2005  Michael J. Russell
Department of Homeland Security 301 7th SW, Washington DC

*SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): the Summons concerning: Kimberly Vasconez case.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $75.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-22-2005        *(signature)*
             Date              Signature of Server

3022 Steven Martin Drive Fairfax VA 22031
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

05-1346

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 22-7-2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| KHADIJA Belhouss | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: DAVID BURROUGHS AUS
~~U.S. Department of Justice~~ 950 Pennsylvania Ave NW W-DC 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): the Summons concerning Kimberly Vasconez case

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-22-2005       [signature] Khad
            Date              Signature of Server

3033 Steven Martin Drive Fairfax VA 22031
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.