AO 440 (Rev. DC - September 2003) Summons in a Civil Action

05-1346

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-22-2005 |
| NAME OF SERVER (PRINT) KHADIJA Belhouss | TITLE Proc |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Lori Cox / Legal Assistant U.S. Attorney's office 555 [4]th Street Washington DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: the Summons concerning / Kimberly vasconez case

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $75.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-22-2005
Date

Signature of Server

3033 Steven Martin Dr Fairfax VA 22031
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.