UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KIMBERLY C. VASCONEZ | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-1346(RMU) |
| | ) | |
| MICHAEL CHERTOFF | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)of the Federal Rules of Civil Procedure, Defendant respectfully files this motion for an enlargement of time of sixty (60) days to and including November 21, 2005, to file its response to plaintiff's complaint.  At present, Defendant's motion is due to be filed on September 20, 2005.  Counsel for Plaintiff consents to this motion.

For cause, Defendant states as follows: As a result of Hurricane Katrina's August 31, 2005 land fall and the resulting damage in Florida, Alabama, Mississippi and Louisiana Defendant Agency has been forced to make drastic reassignments of its personnel to assist in the recovery effort.   All four states have been declared national disaster areas.  Defendant Agency's mission is to coordinate the Federal Government's response to Presidentially declared disasters. The extensive damage resulting from Hurricane Katrina has severely strained the Agency's personnel resources.  Defendant's Response and Recovery Division, which controlled the personnel decisions at issue in the Plaintiff's  Complaint, holds the primary responsibility for the Federal Government's response to Hurricane Katrina.  To require the attention of the Response and Recovery personnel to the above captioned matter at this time would place a tremendous and

unreasonable burden on the Agency's resources vital to the response to the disaster.  Accordingly, additional time is necessary in order for the Agency to provide information and materials necessary for the Government's response to undersigned counsel.  Once those materials are received from the Agency, they will need to be incorporated into Defendant's brief.  Agency counsel estimates that it will require at least sixty days 60 days to return to normalcy within the Agency. At that time, Defendant can evaluate the availability of the relevant personnel and respond as appropriate.  For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.

          Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG  LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238;(202) 514-8780 (Facsimile)
Benton.Peterson@usdoj.gov