UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KIMBERLY C. VASCONEZ** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1346(RMU) |
| | ) | |
| **MICHAEL CHERTOFF** | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

UPON CONSIDERATION of the Motion for Enlargement of Time to respond to plaintiff's complaint , it is hereby ORDERED, that the motion is GRANTED

SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE