UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KIMBERLY C. VASCONEZ | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-1346(RMU) |
| | ) | |
| MICHAEL CHERTOFF | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE AN AMENDED
ANSWER AND MEMORANDUM IN SUPPORT OF THE MOTION

This case raises claims of discrimination based on sex and retaliation for filing administrative complaints of discrimination.  Defendant's Answer in this case was prepared and filed based on information provided to defense counsel by agency counsel utilizing the hard copy complaint mailed to defendant.  In preparing defendant's case it has come to the attention of defense counsel that the mailed version of the complaint has omitted a page that is present in the ECF version of the complaint.  Defendant wishes to amend his Answer to incorporate the claims found in the missing page of the complaint.  This motion to amend, coming early in the litigation,[1] will not prejudice plaintiff,  and plaintiff, through counsel, has indicated that she does not oppose the motion.

---

[1]    The Complaint was filed on June 30, 2005 and served on July 29, 2005 .

<u>ARGUMENT</u>

Pursuant to Fed. R. Civ. P.15(a), and the Court's February 27, 2006 Order, defendant moves to amend the Answer to plaintiff's complaint.  Justice requires that leave to amend the defendant's Answer in this case should be granted in order to allow the defendant to fully answer the plaintiff's complaint as filed in the ECF system. <u>Foman</u> v. <u>Davis</u>, 371 U.S. 178, 182 (1962). Furthermore, the case has just begun, and plaintiff has filed no papers in reliance on defendant's Answer.  Defendant has not unduly delayed in seeking leave to amend the Answer.  Rather, this motion is being filed pursuant to the Court's deadline for filing a motion to amend the pleadings. <u>See</u>, February 27, 2006 Order.  Accordingly, defendant submits that its motion for leave to amend should be granted.

<u>CONCLUSION</u>

For the foregoing reasons, defendant respectfully requests that its motion for leave to amend its Answer should be granted.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH  CONTRERAS, D.C. Bar #  434122
Assistant United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
 **Benton.Peterson@usdoj.gov**