UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY C. VASCONEZ ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1346(RMU) |
| ) | |
| MICHAEL CHERTOFF ) | |
| ) | |
|    Defendant. ) | |

ORDER

    Upon consideration of defendant's motion for leave to amend answer, and of the entire record, and it appearing to the Court that the granting of defendant's motion would be just and proper, it is by the Court this ____ day of _____, 2006,

    ORDERED that defendant's motion for leave to amend answer be, and it hereby is, granted; and it is further

    ORDERED that the Amended Answer shall be filed in this case.

_____
UNITED STATES DISTRICT COURT