UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Kimberly C. Vasconez, | ) | |
| | ) | |
| Plaintiff | ) | CA No. 1:05CV01346 (RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| Michael Chertoff, in his capacity as | ) | |
| Secretary United States Department Homeland | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR AN EXTENSION OF ALL DISCOVERY

The parties jointly move the Court under Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.4 for a modification of its Order, dated February 27, 2006, which set the schedule for this case. The parties request that the Court extend the close of discovery for 30 days, until July 3, 2006, until the parties can conduct a good faith negotiations in an effort to resolve this matter. This request also leads the parties to request changes to the schedule with regard to dispositive motions.

A proposed Order is attached.

1

Respectfully Submitted,

|  |  |
|---|---|
| _____ | _____ |

Michael Beattie, Esq.
9502 B Lee Highway
Fairfax, Va 22031
Counsel For Plaintiff

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____

BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Kimberly C. Vasconez, | ) | |
| | ) | |
| Plaintiff | ) | CA No. 1:05CV01346 (RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| Michael Chertoff, in his capacity as | ) | |
| Secretary United States Department Homeland | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM IN SUPPORT OF THE PARTIES' JOINT MOTION
FOR AN EXTENSION OF ALL DISCOVERY

In its Order of February 27, 2006, the Court set forth the schedule for this case. The Order stated:

1) Discovery due by 6/1/2006.
2) Dispositive Motions are due by 8/1/2006.
3) Opposition to Dispositive Motions are due by 9/1/2006.
4) Replies to Oppositions to Dispositive Motions are due by 9/15/2006.

The parties request that the close of discovery be extended by 30 days, until July 3, 2006 and that all the subsequent deadlines be extended accordingly. Parties have been cooperative and would like to engage in concentrated settlement talks before going through the expense of discovery. The parties have entered into preliminary settlement talks and feel that discussions before a magistrate would assist the parties in determining what, if any, possibilities exist with regard to settling this matter. In addition, on May 9, 2006, the parties jointly contacted the

Court's chambers in an effort to obtain time before Magistrate Facchiola as soon as possible.

Accordingly, the parties request that an extension of all discovery until July 3, 2006. In regard to the stay of discovery of mental health information, the parties request that the schedule be modified as follows:

(1)  Dispositive motions shall be filed within 60 days of the close of expert witness discovery.

(7)  Oppositions to dispositive motions shall be filed within 30 days of the filing of dispositive motions.

(8)  Replies to dispositive motions shall be filed within 15 days 0f the filing of oppositions to dispositive motions.

A proposed Order is attached.

Respectfully Submitted,

_____

Michael Beattie, Esq.
9502 B Lee Highway
Fairfax, Va 22031
Counsel For Plaintiff

_____

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____

BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530