UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Kimberly C. Vasconez,<br>      Plaintiff | )<br>)<br>) | |
| v. | )<br>) | CA No. 1:05CV01346 (RMU) |
| Michael Chertoff, in his capacity as<br>Secretary United States Department Homeland<br>Security, | )<br>)<br>)<br>) | |
|       Defendant. | )<br>) | |

ORDER

On consideration of the parties' Joint Motion for a Temporary Stay of All Discovery and a Stay of Discovery of Plaintiff's Mental Health Information;

IT IS this _____ day of _____, 2006;

ORDERED that the parties' Joint Motion for an Extension of All Discovery is granted; and it is further

ORDERED that the close of discovery shall be July 3, 2006; and it is further

ORDERED that:

(1) Dispositive motions shall be filed within 60 days of the close of all discovery;

(2) Oppositions to dispositive motions shall be filed within 30 days of the filing of dispositive motions;

(3) Replies to dispositive motions shall be filed within 15 days of the filing of oppositions to dispositive motions; and

(4) A status hearing shall be held on a date to be set by the Court.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE