UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Kimberly C. Vasconez, | ) | |
| | ) | |
| Plaintiff | ) | CA No. 1:05CV01346 (RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| Michael Chertoff, in his capacity as | ) | |
| Secretary United States Department Homeland | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR AN EXTENSION OF ALL DISCOVERY

The parties jointly move the Court under Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.4 for a modification of its Order, dated May 12, 2006, which set the schedule for this case. The parties request that the Court extend the close of discovery for 45 days, until August 18, 2006, until the parties can continue to conduct a good faith negotiations in an effort to resolve this matter. This request also leads the parties to request changes to the schedule with regard to dispositive motions and status conferences.

Respectfully Submitted,

_____

Michael Beattie, Esq.
9502 B Lee Highway
Fairfax, Va 22031
Counsel For Plaintiff

_____

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____

BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Kimberly C. Vasconez, | ) | |
| | ) | |
| Plaintiff | ) | CA No. 1:05CV01346 (RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| Michael Chertoff, in his capacity as | ) | |
| Secretary United States Department Homeland | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM IN SUPPORT OF THE PARTIES' JOINT MOTION
FOR AN EXTENSION OF ALL DISCOVERY

In its Order of May 12, 2006, the Court set forth the schedule for this case. The Order stated:

1) Discovery due by 7/3/2006.
2) Dispositive Motions are due by 8/1/2006.
3) Opposition to Dispositive Motions are due by 9/1/2006.
4) Replies to Oppositions to Dispositive Motions are due by 9/15/2006.

Additionally, in its Order of May 30, 2006, the Court set a date for an "interim status hearing."

The parties request that the close of discovery be extended by 45 days, until August 17, 2006 and that all the subsequent deadlines be extended accordingly. Parties have been cooperative and would like to continue to engage in concentrated settlement talks before going through the expense of discovery. The parties have entered into settlement proceedings before Magistrate Judge Facciola and believe that discussions are promising but may require an

3

additional discussion and another session before the Magistrate with regard to settling this matter.  The parties, therefore request a 45 day extension in order to provide sufficient time for the parties to conclude settlement discussions  given various pre-determined vacation schedules of the parties or to re-start the discovery process should settlement discussions fail.  Accordingly, the parties request that an extension of all discovery until August 17, 2006 will assist the parties in settlement and may help avoid the need for further extensions of time for discovery.

Respectfully Submitted,

_____                    _____
Michael Beattie, Esq.                                                KENNETH L. WAINSTEIN, D.C. BAR # 451058
9502 B Lee Highway                                                 United States Attorney
Fairfax, Va 22031
                                                                                _____
Counsel For Plaintiff                                                 RUDOLPH  CONTRERAS, D.C. Bar #  434122
                                                                                Assistant United States Attorney

                                                                                _____
                                                                                BENTON G. PETERSON, WI. Bar #1029849
                                                                                Assistant United States Attorney
                                                                                Judiciary Center Building
                                                                                555 4th Street, N.W. – Civil Division
                                                                                Washington, D.C.  20530
                                                                                (202) 514-7238 514-8780 (Facsimile)

                                                                                **Benton.Peterson@usdoj.gov**

4