UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| Kimberly C. Vasconez,<br>      Plaintiff | )<br>)<br>) |
| v. | )    CA No. 1:05CV01346 (RMU)<br>) |
| Michael Chertoff, in his capacity as<br>Secretary United States Department Homeland<br>Security, | )<br>)<br>)<br>) |
|       Defendant. | )<br>) |

## ORDER

On consideration of the parties' Joint Motion to extend the period for discovery;

IT IS this _____ day of _____, 2006;

ORDERED that the parties' Joint Motion for an Extension of All Discovery is granted; and it is further

ORDERED that the close of discovery shall be August 17, 2006; and it is further

ORDERED that:

(1) Dispositive motions shall be filed within 60 days of the close of all discovery;

(2) Oppositions to dispositive motions shall be filed within 30 days of the filing of dispositive motions;

(3) Replies to dispositive motions shall be filed within 15 days of the filing of oppositions to dispositive motions; and

(4) A status hearing shall be held on a date to be set by the Court.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE