UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| Kimberly C. Vasconez, ) | |
| ) | |
| Plaintiff ) | CA No. 1:05CV01346 (RMU) |
| ) | |
| Michael Chertoff, in his capacity as ) | |
| Secretary United States Department Homeland ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

ORDER

The court, having considered the Defendant's motion to extend time to complete discovery, it is this ____ day of October 2006,

ORDERED that the Motion shall be GRANTED, and it is

FURTHER ORDERED that Parties shall submit their responses to Interrogatories and Requests for Production of Documents on or before October 27, 2006; and it is

FURTHER ORDERED that Parties shall have until January 15, 2007 to conduct and complete the depositions and that discovery shall be concluded on that date.

_____

Honorable Judge Ricardo M. Urbina
United States District Judge