UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Kimberly C. Vasconez, | ) | |
| | ) | |
| Plaintiff | ) | CA No. 1:05CV01346 (RMU) |
| | ) | |
| Michael Chertoff, in his capacity as Secretary United States Department Homeland Security, | ) | |
| | ) | |
| Defendant | ) | |

_____

**ORDER**

The court, having considered Plaintiff's Motion to Compel and Extend Discovery, and any opposition and replies thereto, it is this ____ day of October 2006,

ORDERED that the Motion to Compel and Extend Discovery shall be GRANTED, and it is

FURTHER ORDERED that Defendant shall submit its answers and responses to Plaintiff's Interrogatories and Requests for Production of Documents on or before October 25, 2006 at 12 noon; and it is

FURTHER ORDERED that Defendant shall also submit along with its answers, on October 25, 2006, a schedule of dates showing the availability of certain persons named in the motion for the purpose of conducting depositions; and it is

FURTHER ORDERED that Plaintiff shall have until January 8, 2007 to conduct and complete the depositions of the named persons, and that discovery shall be concluded on that date; and it is

FURTHER ORDERED that the current discovery deadline for discovery requests issued by Defendants shall remain the same; and it is

FURTHER ORDERED that the current deadlines set for the filing of dispositive motions, oppositions and replies thereto shall remain the same.

_____
Honorable Judge Ricardo M. Urbina
United States District Judge

Cc. Via Pacer

Michael J. Beattie, Counsel for Plaintiff
Benton G. Peterson, Counsel for Defendant