**UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Kimberly C. Vasconez, | ) | |
| | ) | |
| Plaintiff | ) | CA No. 1:05CV01346 (RMU) |
| | ) | |
| | ) | |
| | ) | |
| Michael Chertoff, in his capacity as | ) | |
| Secretary United States Department Homeland | ) | |
| Security, | ) | |
| | ) | |
| Defendant | ) | |

_____

**ORDER**

The court, having considered Plaintiff's Motion to Reconsider the Order Extending

Discovery, and any opposition and replies thereto, it is this _____ day of October 2006,

ORDERED that the Motion to Reconsider shall be GRANTED, and it is

FURTHER ORDERED that Defendant shall submit its answers and responses to

Plaintiff's Interrogatories and Requests for Production of Documents on or before October 27,

2006; and it is

FURTHER ORDERED that Defendant shall also submit along with its answers, on

October 27, 2006, a schedule of dates showing the availability of certain persons named in the

motion for the purpose of conducting depositions; and it is

FURTHER ORDERED that parties shall have until January 15, 2007 to conduct and

complete the depositions, and that discovery shall be concluded on that date; and it is

FURTHER ORDERED that the current deadlines set for the filing of dispositive motions,

oppositions and replies thereto shall remain the same.

1

_____

Honorable Judge Ricardo M. Urbina
United States District Judge

Cc. Via Pacer

Michael J. Beattie, Counsel for Plaintiff
Benton G. Peterson, Counsel for Defendant