UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Kimberly C. Vasconez, | ) | |
| | ) | |
| Plaintiff | ) | CA No. 1:05CV01346 (RMU) |
| | ) | |
| Michael Chertoff, in his capacity as Secretary United States Department Homeland Security, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ERRATA

Defendant hereby respectfully submits this Errata correcting the inadvertent omission to the caption of Defendant's motion to enlarge the discovery period. The undersigned subsequently filed the wrong version of the motion for extension that retained the word "joint" within the caption, from a version of a Joint Motion the parties had drafted earlier that evening, but did not file as "joint." However, within the Memorandum, the undersigned attempted to make clear plaintiff position the she was opposed to the motion and in what respect the plaintiff opposed the motion. The undersigned regrets any confusion this error created. Attached is the correct version of the motion.

        Respectfully Submitted

        _____
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238 514-8780 (Facsimile)
Benton.Peterson@usdoj.gov