**UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Kimberly C. Vasconez, | ) | |
| | ) | |
| Plaintiff | ) | CA No. 1:05CV01346 (RMU) |
| | ) | |
| | ) | |
| | ) | |
| Michael Chertoff, in his capacity as | ) | |
| Secretary United States Department Homeland | ) | |
| Security, | ) | |
| | ) | |
| Defendant | ) | |

---

**MOTION TO WITHDRAW**
**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Comes now, Plaintiff Kimberly Vasconez, by and through her undersigned counsel and respectfully seeks to withdraw her previously filed Motion to Compel Discovery. Enumerated below are the points and authorities that Plaintiff seeks to rely upon in support of her motion to withdraw. Defendant does not oppose this motion.

1.     On October 18, 2006 Plaintiff filed a Motion to Compel and to Extend Discovery for Plaintiff.

2.     On October 26, 2006 both parties were ordered to participate in a telephonic conference with the Judge's chambers, in an effort to mutually and amicably resolve disputes surrounding the discovery process.

3.     It was agreed upon that parties would file a joint motion to setting forth due dates for the receipt of interrogatory responses, as well as for dispositive motions and the close of discovery.

It was also agreed that Plaintiff would withdraw its previously filed Motion to Compel Discovery from the Defendants.

4.      In light of the above teleconference and agreement reached therein, Plaintiff respectfully requests that she be allowed to withdraw her Motion to Compel Discovery.


                              Respectfully Submitted,


                              _____
                              MICHAEL J. BEATTIE, D.C. Bar # 450873
                              *Attorney for Plaintiff*
                              9502 B Lee Highway
                              Fairfax, VA 22031

**UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Kimberly C. Vasconez, | ) | |
| | ) | |
| Plaintiff | ) | CA No. 1:05CV01346 (RMU) |
| | ) | |
| | ) | |
| | ) | |
| Michael Chertoff, in his capacity as | ) | |
| Secretary United States Department Homeland | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**ORDER**

The court, having considered the Plaintiff's Motion to Withdraw its previously filed Motion to Compel Discovery, and the lack of any opposition thereto, it is this _____ day of October 2006,

ORDERED that Plaintiff's Motion to Withdraw shall be GRANTED, and it is

FURTHER ORDERED that Plaintiff's Motion to Compel and Extend Discovery filed on October 18, 2006 is hereby treated as withdrawn.

_____

Honorable Judge Ricardo M. Urbina
United States District Judge

Cc. Via Pacer