UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Kimberly C. Vasconez, | ) | |
| | ) | |
| Plaintiff | ) | CA No. 1:05CV01346 (RMU) |
| | ) | |
| Michael Chertoff, in his capacity as Secretary United States Department Homeland Security, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR AN EXTENSION OF TIME
TO COMPLETE DISCOVERY**

The parties jointly move the Court, consistent with the telephone conference held with the Court October 26, 2006, as well as a subsequent telephone conference held on November 2, 2006, under Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.4 for an extension of time to complete the discovery process.

In support of this motion, the parties respectfully refer the Court to the attached memorandum of points and authorities.

Pursuant to LCvR 7(m), Parties have consulted concerning this motion. Both parties have consented to the relief requested.


Respectfully Submitted,


_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

1

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238 514-8780 (Facsimile)
 **Benton.Peterson@usdoj.gov**




_____
MICHAEL J. BEATTIE, D.C. Bar # 450873
Attorney for Plaintiff
9502 B Lee Highway
Fairfax, Va 22031
Tel: 703-273-2235/ Fax: 703-273-3440

mjbeattie@verizon.net

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Kimberly C. Vasconez, | ) | |
| | ) | |
| Plaintiff | ) | CA No. 1:05CV01346 (RMU) |
| | ) | |
| Michael Chertoff, in his capacity as Secretary United States Department Homeland Security, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM IN SUPPORT OF THE PARTIES' JOINT MOTION
FOR AN EXTENSION OF TIME TO COMPLETE DISCOVERY**

Pursuant to Fed. R. Civ. P. 6(b)(1), a deadline set may be extended for good cause if the extension request is made before the expiration of the period prescribed.

1   At a status conference held on August 28, 2006, the following deadlines were established by the Court: Discovery was due by 10/18/2006; Dispositive Motions due by 12/4/2006; Opposition to Dispositive Motions due by 1/11/2007; Replies to Dispositive Motions due by 2/1/2007.

2   Parties were unable to meet the discovery deadline set forth above, and filed separate discovery motions, one seeking to compel discovery and the other to extend discovery.

3   In the telephone conference scheduled by the court on October 26, 2006, the parties agreed to work closely together to resolve any disputes concerning the discovery process, and also agreed to certain discovery deadlines for receipt of written responses to

interrogatory requests as well as the close of discovery. Plaintiff also agreed to withdraw her motion to compel discovery, and has already done so on October 31, 2006.

4.  However since the aforementioned telephone conference, the parties have once again resumed serious settlement discussions, and are hopeful of resolving this case. This fact was made known to Judge's chambers via a subsequent telephone conference on November 2, 2006.

5.  In the interim, parties have agreed to a 30-day stay of discovery to allow for negotiations to come to fruition and for a mutually agreeable settlement agreement to be prepared and signed.

6.  In light of the settlement negotiations and the stay of discovery for 30 days during such negotiations, parties have agreed that the written responses to interrogatory requests will not be due on November 3, 2006 as earlier agreed upon but will instead become due one week after the 30-day stay of discovery, on December 11, 2006, should the settlement negotiations be unsuccessful.

7.  Parties have also agreed that the initially agreed upon date for completion of all discovery, including oral depositions, shall be extended by thirty days from January 15 to February 15, 2007.

8.  The parties, therefore, seek an extension of time until February, 2007 to allow the parties to conduct and conclude depositions and for the completion of discovery.

9.  Parties further request that dispositive motions and oppositions and replies thereto be moved to no sooner than thirty days after the close of discovery.

10.  Since both parties have conferred and agreed upon this schedule of extension, no

irreparable harm or prejudice will be caused to either party.

Wherefore, the parties respectfully request that an extension of time until February 15, 2007 be granted to complete the discovery process.

Respectfully Submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov


_____
MICHAEL J. BEATTIE, D.C. Bar # 450873

9502 B Lee Highway

Fairfax, VA 22031

Tel: 703-273-2235/ Fax: 703-273-3440

mjbeattie@verizon.net

Counsel For Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Kimberly C. Vasconez, | ) | |
| | ) | |
| Plaintiff | ) | CA No. 1:05CV01346 (RMU) |
| | ) | |
| | ) | |
| | ) | |
| Michael Chertoff, in his capacity as | ) | |
| Secretary United States Department Homeland | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**ORDER**

The court, having considered the parties joint motion to extend time to complete discovery, it is this ____ day of November 2006,

ORDERED that the Joint Motion shall be GRANTED, and it is

FURTHER ORDERED that Parties shall have until February 15, 2007 to conduct and

complete the depositions and that discovery shall be concluded on that date.

_____

Honorable Judge Ricardo M. Urbina
United States District Judge

Cc. Via Pacer