**UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Kimberly C. Vasconez, | ) | |
| | ) | |
| Plaintiff | ) | CA No. 1:05CV01346 (RMU) |
| | ) | |
| | ) | |
| | ) | |
| Michael Chertoff, in his capacity as | ) | |
| Secretary United States Department Homeland | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**ORDER**

The court, having considered the parties joint motion to extend time to complete discovery, it is this ____ day of November 2006,

ORDERED that the Joint Motion shall be GRANTED, and it is

FURTHER ORDERED that Parties shall have until February 15, 2007 to conduct and

complete the depositions and that discovery shall be concluded on that date.

_____

Honorable Judge Ricardo M. Urbina
United States District Judge

Cc. Via Pacer